SH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

BENJAMIN WILLIAMS 'SUI JURIS

PLAINTIFF

RECEIVED

OCT 09 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VS.

1:20-cv-6042
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
PC7

KEVIN THOMAS

DANIELL FRAM

CYNTHIA DUARTE,T

JUANITA RICHARDSON

FOSTER

MARK MJ MAXSON

WARD KIM

KATHLEEN M.CONNIFF

CAREN J. ARMBRUST

ANITA ALVAREZ

RACHEL MABBOTT

TANDRA SIMONTON

PEGGY CHIAMPAS

M, HOLLEY

PHELAN

SPRINT CORPORATE SECURITY

CHICAGO TRIBUNE

CHICAGO SUNTIME

FOX 32 NEWS CHICAGO

WGN NEWS CHICAGO

LIAM FORD

1 OF

NADER LSSA

MATTHEW HENDRICKSON

SAMARIA L GOODMAN

CITY OF CHICAGO DEPARTMENT OF POLICE

XYRON J THOMAS

MATHEW S MARKOS, MD

DOROTHY BROWN

DAILY HERALD

DEFENDANTS,

COMPLAINT UNDER THE CIVIL RIGHT ACT, TITLE, 43 SECTION
1983 U.S. CODE (STATE, COUNTY, OR MUNICICIPAL, DEFENDANTS,

PLAINTIFF,

BENJAMIN WILLIAMS, SIU JURIS

DEFENDANTS (S)


KEVIN THOMAS
POLICE OFFICERS # 5288 OR DETECTIVES
5101 S WENTWORTH AVE CHICAGO IL 60609


DANIELL FRAM
POLICE OFFICERS # 12194 OR DETECTIVES
5101 S WENTWORTH AVE CHICAGO IL 60609


CYNTHIA DUARTE, T
DETECTIVES # 20901
5101 S WENTWORTH AVE CHICAGO 60609


JUANITA RICHARDSON
DETECTIVES # 21409
5101 S WENTWORTH AVE CHICAGO 60609


FOSTER
E.T # 14410
5101 S WENTWORTH AVE CHICAGO 60608


MARK MJ MAXSON
WATCH COMMANDER # 570
5101 S WENTWORTH AVE CHICAGO 60609


WARD KIM
ASSISTANT STATE'S ATTORNEY'S
2650 S CALIFORNIA 11,TH FLOOR CHICAGO 60608
4 OF

KATHLEEN M. CONNIFF
ASSISTANT STATE'S ATTORNEY'S
2650 S CALIFORNIA 11,TH FLOOR CHICAGO IL 60608

CAREN J. ARMBRUST
ASSISTANT STATE'S ATTORNEY'S
2650 S CALIFORNIA 11,TH FLOOR CHICAGO IL 60608

ANITA ALVAREZ
EX- STATE'S ATTORNEY'S
2650 S CALIFORNIA 11,TH FLOOR CHICAGO IL 60608

RACHEL MABBOTT
ASSISTANT STATE'S ATTORNEY'S
2650 S CALIFORNIA 11,TH FLOOR CHICAGO IL 60608

TANDRA SIMONTON
SPOKES WOMAN FOR COOK COUNTY STATE'S ATTORNEY'S OFFICE
2650 S CALIFORNIA 11,TH FLOOR CHICAGO IL 60608

PEGGY CHIAMPAS
ASSOCIATE JUDGE
2650 S CALIFORNIA CHICAGO IL 60608

M, HOLLEY
POLCE OFFICERS OR DETECTIVES
5101 S WENTWORTH AVE CHICAGO IL 60608

PHELAN

POLICE OFFICER OR DETECTIVE # 20919

5101 S WENTWORTH AVE CHICAGO IL 60609


SPRINT CORPORATE SECURITY

SPRINT PHONE CORPORATE SECURITY

6480 SPRINT PARKWAY

OVERLAND PHONE CORPORATE SECURITY PARK, KS 66251


CHICAGO TRIBUNE

NEWS

160 N STETSON CHICAGO 60601


CHICAGO SUNTIME

NEWS

30 N RACINE AVE CHICAGO IL 60607


FOX 32 NEW CHICAGO

NEWS

205 N MICHIGAN AVE 60611 CHICAGO IL


WGN NEWS CHICAGO

NEWS

2501 W BRADLEY PLACE, IL 60618


LIAM FORD

NEW ASSOCIATED PRESS CHICAGO TRIBUNE SPOKESMAN

160 N, STETSON CHICAGO IL 60601


6 OF

NADER LSSA
NEWS ASSOCIATED PRESS CHICAGO SUNTIME SPOKESMAN
30 N, RACINE AVE CHICAGO IL 60607

MATTHEW HENDRICKSON
NEWS ASSOCIATED PRESS CHICAGO SUNTIME SPOKESMAN
30 N, RACINE AVE CHICAGO IL 60607

SAMARIA L GOODMAN
N/A
113 E 37TH PL CHICAGO IL 60653

CITY OF CHICAGO DEPARTMENT OF POLICE
DEPARTMENT OF POLICE
3510 S MICHIGAN AVE 60653

KYBON J THOMAS
NA
P.O. BOX 089002 CHICAGO IL 60608

MATHEW S. MARKOS, MD
FORENSIC CLINICAL SERVICES
2650 S CALIFORNIA AVE CHICAGO IL 60608
ROOM 1001

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
2650 S CALIFORNIA AVE CHICAGO IL 60608
ROOM                    70F

DAILY MERALD

NEWS ASSOCIATED PRESS

PO. BOX 280 ARLINGTON HF. IOHTS IL 60006 0280

A. BENJAMIN WILLIAMS - VS - THOMAS J. DART, ET AL ....
No: 19 C 4050

B. JUN 17- 2019

C. BENJAMIN WILLIAMS ET AL, ANTHONY ROBINSON'
ANTWAN ELLIOTT' DAMIEN WILLIAMS'
DEVON SMITH' DEVIN ALDRIDGE' RYAN RODGERS'
MARCOS MALVAIS' BLAIZE DEAN' DESMOND THOMPSON,
JARRED SHELTN, YAXL LEE' WILLIARD WRIGHT'
ANTHONY CROSS DESHAEUN JOHNSON, REGINALD JACKSON
JOSEPH JACKSON' DAVID MALDNADO' PEDRO RAMIREZ'
JUAN ALBERTO' CARO MARIN' OJYPIDO ARIAS
JEREMIAH NIEVES' WILLIAM PACHECO' CHRISTICN MCBRIDE'
VICTOR TORVES' VICRNTE MENDOZA' DANGLO GARZIA,
SHAWNORE LEHMAN' ANTONIO HICKS' CURTIS CONNER,
ANTHONY CULPEPPER' ANTHONY MORRE' TERRAN JACKSON'

D THOMAS J, DART, JOHN MUELLER L, HAMPTON TYLOR'
CALDEROUE, MARTIEZ' DORAN' IBARRA' COOK COUNTY SHERIFF
OFFICE' COOK COUNTY DEPARTMENT OF CORRECTIONS' D'VALENTIN
D, ZIMNY' S'DAVIS

E, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
ILLINOIS, FEDERAL COURT' EVERETT MEKINIEY
DIRKSEN BULLDING 219 S DEARBORN CHICAGO
IL' 60604

9oF

F, JUDGE SARA L. ELLIS
MAGISTRATE JUDGE SHELLA M. FINNEGAN

G, NO MATTRESSES ' IN COOK COUNTY JAIL.

H, STILL PENDING.

10 OF

A, BENJAMIN WILLIAMS - VS - DART, ETAL
CASE NUMBER 1:20-CV-1537

B, 3-2-2020

C, BENJAMIN WILLIAMS

D, THOMAS J, DART, D, WEYER, HUGHS' M'BUDNICK,
KLINEK, JOHN MUELLER, CHAKAH WILSON'
ROCHELLE PARKER' SPIZZIRRI' MCNUT, OMEKE,
CALDERONE, D   MENTAL HEALTH MEDICAL HEALTH,
WILLIAMS, T  A, SQUEO   THOMAS, COOK COUNTY
SHERIFF'S OFFICE'

E  UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS, FEDERAL COURT EVERETT MEKINIEY
DIRKSEN BULLDING 219 S DEARBORN CHICAGO, IL 60604

F, JUDGE SARA L. ELLIS
MAGISTRATE JUDGE SHELLA M. FINNEGAN

G, SEXUAL' ASSAULT' SEXUAL HARASSMENT' SEXUAL ABUSE

H, STILL PENDING.

ON MARCH 23 2018 ' EVENT OF ARREST #05758 05568
05748, WAS    UNCONSTITUTIONAL "
MR BENJAMIN WILLIAMS WAS SEIZURE FROM
4115 S FEDERAL STREET, CHICAGO IL 60608, WITH OUT
A [ ARREST WARRANT " ].....

HE WAS FORCEFULLY CUFFD " AND NOT READ MIRANDA
RIGHT

SEE: ON BWC "BODYCAM"

HE WAS DOING NOTHING [UNUSAL WHEN ARRESTED
AND HIS EX-GIRLFRIEND HOME'    BY OFFICER,
KEVIN THOMAS #5288  OR DANIELL FRAM #12194

WHO POSSESSE NEITHER AND [ARREST WARRANT' OR
SEARCH WARRANT ]" MR' BENJAMIN WILLIAMS  ARREST
WAS ILLEGAL "

OFFICER KEVIN THOMAS #5288 AND DANIELL FRAM #12194
WAS NOT AND [HOT PUSUIT OF MR BENJAMIN WILLIAMS
OFFICER KEVIN THOMAS #5288 AND DANIELL FRAM #12194
DID NOT WITNESS A CRIME "

MR BENJAMIN WILLIAMS WAS SEIZURE AND PUT AND A
SUV FORCEFULLY BY OFFICER KEVIN THOMAS #5288
OR DANIELL FRAM #12194...
BENJAMIN WILLIAMS, WAS SHIRTLESS' AND
OFFICER KEVIN THOMAS #5288 OR DANIELL FRAM

DID NOT [RECOVERED" A CELLULAR PHONE OR GUN"
ON MR BENJAMIN WILLIAMS PERSON, ]

SEE: EVENT OF ARREST # 05758-05368-05748
ON BWC "BODYCAM"

THE MANIFEST WEIGHT OF THE EVIDENCE ESTABLISHED
THAT MR. BENJAMIN WILLIAMS' WAS ILLEGALLY ARRESTED
FOR LACK OF PROBABLE CAUSE WHEN HE WAS SEIZURE
FORCEFULLY WITH OUT QUESTIONED AND HIS
EX-GIRLFRIEND HOME' AND NOT TOLD THAT HE COULD
REFUSE TO ACCOMPANY THE POLICE'

ARREST IS DEFINED AS CONSTING OF AUTHORITY, INTENTION
AND RESTRAINT' OF MR BENJAMIN WILLIAMS' THE INTENTION
TO MAKE AND ARREST MUST BE UNDERSTOOD BY MR
BENJAMIN WILLIAMS' ARRESTED AND THE RESTRAINT'

AN ARREST IS THE INITAL STAGE IN A PROSPECTIVE
CRIMINAL PROSECUTION, IT IS THE TAKING OF A PERSON
INTO CUSTODY, AND IS ACCOMPLISHED BY AN ACTUAL
RESTRAINT,

THE FOURTH AMENDMENT' PROTECTS AGAINST UNREASONABLE
SEIZURES, AN ARREST IS SEIZURE        AND THE
FOURTH AMENDMENT AFFORDS PERSONS WHO ARE ARRESTED
THE FURTHER DISTINCT RIGHT TO A JUDIEIAL
DETERMINATION' OF PROBABLE CAUSE AS A
PREREQUISITE TO EXTENDED RESTRAINT OF LIBERTY

FOLLOWING ARREST

OFFICES KEVIN THOMAS #5288 AND DANIELL FRAM #12194, VIOLATE THEIR OATH OF OFFICE

ALSO OFFICER KEVIN THOMAS DID A COMPLAINT' ON MR BENJAMIN WILLIAMS

SEE: CASE 2018 110730401 CLASS #m CHARGH' MURDER-FIRST DEGREE, SUPERCEDED BY INDICTMENT TRANSFER-CRIMINAL DIVISION'

MR, BENJAMIN WILLIAMS WAS NOT GIVEING A JUDICIAL DETERMINATION OF PROBABLE CAUSE WITHIN 48 HOURS OF HIS WARRANTLESS ARREST' HE WAS ILLEGAL SEIZURE INTO POLICE CUSTODY TO 5101 S, WENTWORTH AVE CHICAGO IL 60609

HE WAS PUT AND A COLD INTERROGATION ROOM "SHACKED" TO A WALL "FORCEFULLY" BOTH WRISTS / ARM SHACKLES

THIS ROOM WAS WINDOWLESS, NINE-BY-SEVEN FOOT INTERROGATION ROOM FOR 3 DAY WHILE THEY INVESTIGATED THIS CASE,....

BENJAMIN WILLIAMS WAS GAVEING A DIRTY MATTRESS TO SLEEP ON FOR A LITTLE WHILE, AND MOSTLY I SLEEP ON THE DIRTY FLOOR...

THIS INTERROGATION ROOM HAS NO TOILET OR
SINK....

BENJAMIN WILLIAMS HAD TO SCREM FOR THE
DETECTIVES TO LET HIM USE THE BATHROOM
HE WAS TOLD BY NORMAN DAVID #3219 AND DANIEL
STANEK #20953 HE CAN NOT USE THE BATHROOM
TO CYNTHIA OUARTE, T COME BACK,

HE HAVE ONE KIDNEY, AND HE DEFACTE ON HISELF'

FACTS SEE: VIDEO

MR BENJAMIN WILLIAMS WAS NOT GIVEING A
SHOWERS OR SOAP HE WHAT GIVEING NOTING
AT ALL...

FACTS SEE: VIDO

MR BENJAMIN WILLIAMS STATED TO CYNTHIA DUARTE, T
AND NORMAN DAVID AND DANILL STANEK, AND FOSTER

DID HIS GIRLFRIEND GIVE THEM HIS MEDS...

HE WAS TOLD NO....

MR BENJAMIN WILLIAMS ASK FOR HIS MEDS BECAUSE
HE WAS SEEING THINGS' HEARING VOICES' AS
15 OF    RESPONDING BACK TO THEM, HE WAS TRAUMATIZED

CYNTHIA DUARTE, I TOLD NORMAN DAVID AND DANIEL STANEK AND FOSTER TO USE FORCE TO TAKE MY CLOTHES, AND USE FORCE TO DO A G.S.R. /GUN SHOT RESIDUE EVIDENCE COLLECTION KIT...

FACTS SEE: VIDEO

FACTS MR BENJAMIN WILLIAMS STATED HE NO IT NO GUN SHOT RESIDUE ON HIM FACTS I DID NOT SHOOT A GUN,

MR BENJAMIN WILLIAMS STATED HE DID NOT WANT NO ONE TO TOUCE HIM

FACTS SEE: VIDEO

CYNTHIA DUARTE, I NORMAN DAVID AND DANIEL STAEK AND FOSTER,

TAKEN AND OATH TO UPHOLD THE LAW...

BUT DID NOT SAFEGUARD MR BENJAMIN WILLIAMS CONSTITUTIONAL RIGHT,....

AND VIOLATE THEIR OATH, OF OFFICE AS THE GUARDIANS OF OUR JUDICIAL SYSTEM,....

MR BENJAMIN WILLIAMS WAS ONLY GIVENIG ONE BOLOGNA SANDWICH, ONE CUP OF WATER AND

ONE BAG OF CHIPS, TO EAT, FOR 3 DAY HE WAS AND
THE INTERROGATION, Room ' 3-23-2018 ' 3-24-2018
3-25-2018,

FACTS, SEE: VIDEO

MR, BENJAMIN WILLIAMS 'WAS UNDER THE INFLUENCE OF
ALCOHOL / DRUGS PCP AND X ' SOMEONE GIVE HIM PCP
HE DID NOT NO IT WAS ON THE CIGARUETTE ' AND
MR WILLIAMS TAKING HIS PRESCRIBED MEDICATION
FOR HES MENTAL ILLNESS '

FACTS HE STATED THIS ' SEE: VIDEO

DETECTIVE, CYNTHIA DUARTE, T AND JUANITA RICHARDON
STATED DO YOU NO KYRON THOMAS AND SAMARIA L GOODMAN

MR BENJAMIN WILLIAMS STATED YES AND

KYRON IS MY FRIEND / LIL BRO
SAMBIA L, GOODMAN IS LIKE A LIL SISTER TO HIM,

DETECTIVE, CYNTHIA DUARTE, T OR JUANITA RICHARDSON STATED
SAMARIA L, GOODMAN MUST NOT BEEN YOUR SISTER
TO DAY SHE WAS SHOOT, SHE DEAD, DO YOU NO WHY,

MR BENJAMIN WILLIAMS ' STATED NO ' HE DID NOT NO
WHY MS GOODMAN WAS SHOOT,

17 OF

DETECTIVE, CYNTHIA DUARTE, T OR JUANITA RICHARDSON
STATED' IS IT SOMETHING YOU [WILL] LIKE TO
TELL US' YOU NO MS, PEGGY GOODMAN IS DEAD TO
SHE WAS SHOOT AND THE HEAD....

MR BENJAMIN WILLIAMS, STATED NO HE DID NOT
NO WHY, AND WHAT DO THAT HAVE TO DO WITH HIM,

FACTS, SEE: VIDEO

DETECTIVE, CYNTHIA DUARTE, T OR JUANITA RICHARDSON
STATED, OK SO YOU DON'T NO WHAT GOING ON OK"

AS TIME WENT ON, DO NOT NO THE TIME OR DAY,
NO WHATCH OR CLOCK ON WALL

DETECTIVE, CYNTHIA DUARTE, T OR JUANITA RICHARDSON COME
BACK AND THE INTERROGATION ROOM AND 'STATED' KYRON J,
THOMAS TOLD US YOU MADE HIM GO TO SAMARIA L,
GOODMAN. HOME AND SAY HIS NAME WAS GLEN' AND HE
WENT AND RUN UP THE STAIRS AND SHOT AT OR SHOT
SAMARIA L, GOODMAN

FACTS SEE: VIDEO

DETECTIVE, CYNTHIA DUARTE OR JUANITA RICHARDSON STATED
KYRON THOMAS STATED HE TOLD THEM HE RUN BACK DOWN
THE STAIRS AND MR BENJAMIN WILLIAMS GOT MAD
AND SHOT AND KILLED MS, PEGGY GOODMAN....

FACTS SEE VIDEO

THEN DETECTIVE, CYNTHIA DUARTE T OR JUANITA RICHARDSON STATED AND YOU MR, BENJAMIN WILLIAMS [STAB] SAMARIA L. GOODMAN WITH A (BOX CUTTER) IN THE STOMACH AREA, TO WHICH THE BLADE GOT STUCK IN HER STOMACH, AREA,

FACTS SEE VIDEO

MR WILLIAMS STATED HE DID NOT STAB NO ONE THAT IS A LIE, BUT OK IF HE IS SAYING THIS WHY DO YOU HAVE ME,

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHADOSON STATED YOUR THE BOSS OF 35, WE NO YOU MADE THE SCARED LIL BOY DO IT...

FACTS SEE VIDEO

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHADOSON TAKEN AND OATH TO UPHOLD THE LAW NOT ADD TO IT " AND DID NOT SAFEGUARD MR WILLIAMS CONSTITUTIONAL RIGHT, AND VIOLATE THEIR OATH, OF OFFICE, AND NOTICE OF ACCEPTANCE OF CONSTITUTIONS AS THE [GUARDINS] OF ARE JUDCIAL SYSTEM, OFFICERS OF THE COURT HAVE NO IMMUNITY, WHEN VIOLATING A CONSTITUTIONAL RIGHT, FROM LIABILITY, FOR THEY ARE DEEMED TO KNOW THE LAW,

NO STATE LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN WAR AGAINST THE CONSTITUTION WITHOUT VIOLATING HIS OR HER UNDERTAKING TO SUPPORT IT...

TRUSTWORTHINESS, RELABILTY, GOOD JUDGMENT, AND INTEGRITY, ARE ALL MATERIAL QUALIFICATIONS FOR JOB PARTICULARLY ONE AS A POLICE OFFICES, OR DETECTIVE '

[GIVIN FALSE INFORMATION TO EMPLOYER' STATES ATTORNEY' GRAND JURY' JUDGE' IS SUFFICIENT CAUSE FOR' DISCHARGE... )

DETECTIVE' CYNTIA DUARTE,T AND JUANITA RICHARDSON No " MR BENJAMIN WILLIAMS' DID NOT STAB " SAMARIA L, GOODMAN ' WITH A [BOX CUTTER] OR STAB HER AT ALL

DETECTIVE CYNTIA DUARTE,T ' JUANITA RICHARDSON [MADE UP MR BENJAMIN WILLIAMS' USE "A [BOX CUTTER) "

FACTS SEE ALL' VIDEO' INTERVIEWED, OF SAMARIA L, GOODMAN ' NO VIDEO SAY MR BENJAMIN WILLIAMS STAB' HER AT ALL ON 3-23-2018 '

FACTS

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHARDSON STATED
YOU GOT THE [BOX CUTTER] FROM LORI A LARAMORE HOME"

DETECTIVE CYNTIA DUARTE T OR JUANITA RICHARDSON
STATED (LORI A. LARAMORE, STATED TO TELL MR, BENJAMIN
WILLIAMS TO TELL THEM WHERE THE GUN IS AND THE
HOUSE SO THEM KIDS WILL NOT GET THE GUN" THAT
SHE NO [HE] LOVE THE KIDS SO TELL THEM SO THE
KIDS WILL NOT FIND THE GUN"

FACTS SEE VIDEO

MR BENJAMIN WILLIAMS STATED HE DID NOT HAVE A [GUN] ' AND
YOU ALL JUST USE FORCE TO DO [G.S.R.] AND IT NO GUN SHOT RESIDUE
ON HIM' MR, BENJAMIN WILLIAMS STATED,

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHARDSON STATED WE
HAVE PICTURE OF YOU WITH A GUN ON 37

MR, BENJAMIN WILLIAMS STATED YOU DO NOT HAVE A PICTURE OF ME
WITH A GUN...

ALSO MR BENJAMIN WILLIAMS STATED I TOLD YOU 3, CAMERA
THAT SEE SAMANIA L GOODMAN HOME' YOU WILL SEE
WHO HAD A GUN"

21 OF

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHARDSON' PUT A
PICTURE AND MR BENJAMIN WILLIAMS HAND OF [HIM] WITH
A WHITE HOODIE' SWEATSHIRT') YELLOW PANTS )
RED GIUSEPPE SHOES) RED (H) BELT) FROM A CAMERA
VIDEO FOOTAGE / PICTURE' RECOVERED FROM THE MATTHEW
HOUSE' LOCATED AT 3728 S INDIANA AVENUE'

NO GUN) WAS AND MR BENJAMIN WILLIAMS HAND AT ALL

FACTS SEE: VIDEO

DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHARDSON' STATED, CORTESHA
TOLD US ABOUT THE CONVERSATION YOU ALL TALK ABOUT' SHE
TOLD US YOU TOLD HER YOU [DID] IT SO TELL US ABOUT
THE CONVERSATION'

MR BENJAMIN WILLIAMS STATED I DID NOT HAVE A CONVERSATION
WITH CORTESHA' ABOUT NOTHING AT ALL...

FACTS SEE: VIDEO

MR, BENJAMIN WILLIAMS ASK TO GO TO THE BATHROOM, DETECTIVE
CYNTIA DUARTE, T OR JUANITA RICHARDSON STATED OK"

AS MR BENJAMIN WILLIAMS WAS COMEING OUT OF THE BATHROOM,
DETECTIVE CYNTIA DUARTE, T OR JUANITA RICHARDSON' STATED KYRON
IS ON THAT SIDE AND LOOK' WE HAVE THE [GUN]" AS
MR BENJAMIN WILLIAMS LOOK IT WAS A BAG' WITH A GUN"

A BROWN BAG AND HER "PURSE"

FACTS SEE: VIDEO

MR BENJAMIN WILLIAMS SEEN "MISCHIEF AND THE TWO DETECTIVE' EYES' AND MISCHIEF IRRETRIEVABLY COMEING OUT THE TWO DETECTIVE (MOUTH) SAYING LIE

MR, BENJAMIN WILLIAMS WAS PUT BACK AND THE INTERROGATION ROOM' HE ASK FOR TWO CIGARUETTE

DETECTIVE' CYNTIA DUARTE,T OR JUANITA RICHARDSON STATED WE WILL GIVE YOU TWO CIGARUETTE IF YOU TELL US WHAT HAPPEN

MR, BENJAMIN WILLIAMS STATED OX'

FACTS SEE: VIDEO

MR, BENJAMIN WILLIAMS STATED HE DID NOT DO ANYTHING THAT HE DID NOT STAB SAMARIA' OR HE DID NOT SHOOT NO ONE AND HE HEAR GUNSHOT' WALKING' AND PEOPLE' SEEN [HIM]'

FACTS SEE VIDEO

MR BENJAMIN WILLIAMS STATED WHAT THE TWO DETECTIVE TOLD HIM WHAT HAPPEN' THAT KYRON J THOMAS [ALLEGE] TOLD THEM, AT THE END MR BENJAMIN WILLIAMS STATED KYRON AND HIM DID NOT DO NOTING...

23 OF

FACTS SEE·VIDEO

ALSO MR BENJAMIN WILLIAMS STATED DAVID AND 2 MORE PEOPLE
SEEN HIM WALKING AND ALL HEARD GUNSHOT,

FACTS: SEE VIDEO

ON 3-25-2018 MR WILLIAMS WAS PUT AND LOCKUP TO GET HIS PRINTS
TAKEN BY 'OFFICER' FOOTE, LA MR, WILLIAMS ASK WHAT HE WAS BEING
CHARGES FOR' FOOTE STATED YOU NO THE PEOPLE SAY YOU KILLED A
OLD WAMAN' YOU ARE BEING CHARGES WITH MURDER'

ON' 3-26-2018 MR WILLIAMS WAS PUT ON A COOK COUNTY BUS FOR
BOND COURT'

ASSISTANT' STATE'S ATTORNEY CAREN J, ARMBRUST STATED MR WILLIAMS
SHOOT AND KILLED MS GOODMAN' AND STAB SAMARIA L, GOODMAN'
MULTIPLE TIMES, AND ASK FOR NO BOND'

MR WILLIAMS STATED TO JUDGE DAVID NAVARRO I DEMAND
SPEEDY TRIAL' BRETT MORGAN BALMER STATED THE DEFENDANT
DEMAND SPEEDY TRIAL

MR WILLIAMS WAS TAKEN TO COOK COUNTY JAIL AND NOT GIVEING A
PROMPT JUDICIAL DETERMINAL / PRELIMINARY HEADING
WITHIN A REASONABLE TIME' AFTER [HE] WAS ACCUSED AND
DEPRIVED HIS FREEDOM,

24 OF

THE UNITED STATES SUPREME COURT HAS HELD THAT THE FOURTH
AMENDMENT REQUIRES A JUDICIAL DETERMINAATION OF PROBABLE
CAUSE BEFORE A PERSON ARRESTED MIGHT BE SUBJECTED TO EXTENDED
RESTRAINT,

MR, BENJAMIN WILLIAMS STATED THAT HIS FOURTH AND FOURTEENTH
AMENDMENTS RIGHT UNDER THE UNITED STATE CONSTITUTION AND
THE ILLINOIS CONSTITION ARTICLE I, SECTION VII WAS
VIOLATED WHEN THE STATE FAILED TO PROVIDE HIM WITH
A HEARING FOR PROBABLE CAUSE DETERMINATION

A JUDICIAL DETERMINATION OF PROBABLE CAUSE WITHIN 48 HOURS
OF ARREST GENERALLY PASSESS CONSTITUTIONAL MUSTER 'WHEN A
PROBABLE CAUSE DETERMINATION IS NOT MADE WITHIN 48 HOURS
OF ARREST, THE BURDEN SHIFTS THE STATE TO SHOW THE EXTRAORDINARY
CIRCUMSTANCES TO JUSTIFY THE DELAY

THE SUPREME COURT HAS INTIMATED THAT AN INDIVIDUAL CANNOT WAIVE
THE STATUTORY RIGHT TO A PROMPT PRESENTMENT BEFORE A MAGISTRATE.

BENJAMIN WILLIAMS STATED HE DID NOT CONSENTED TO THE DETENTION.

"[I]LLEGALITY IS ILLEGALITY, AND OFFICERS OF THE LAW
SHOULD DEEM THEMSELVES SPECIAL GUARDIANS OF THE LAW

MARK MJ MAXSON, CAREN J, ARMBRUST, WARD KIM, KATHLEEN
M, CONNIFF, KEVIN THOMAS, DANIELL FRAM, CYNTHIA DUARTE, T,
JUANITA RICHARDSON,      ASSESSMENT OF PROBABLE CAUSE,
25 OF

STANDING ALONE, DOES NOT MEET THE REQUIREMENTS OF FOURTH
AMENDMENT AND IS INSUFFICIENT TO JUSTIFY RESTRAINT OF
LIBERTY PENDING TRIAL.

MR WILLIAMS STATED HE WAS ILLEGAL SEIZURE AND NOT GIVEING A
PROBABLE' CAUSE HEARING AND WAS HELD FROM 3-23-2018 TO 4-13-2018
AND WAS TOLD HE WAS NOT INDICTMENT' BY A GRAND JURY'     22
DAY AND NO PROBABLE' CAUSE HEARING' AND BEING HELD ON
INFORMATION AND A COMPLAINTS A MISDEMEANORS CASE NO
20181107304O1 MO4O' AND CHARGE FILED BY

POLICE OFFICERS KEVIN THOMAS # 5288

MR WILLIAMS WAS TOLD HE WILL BE CALL FOR COURT ON 4-20-2018

ON 4-20-2018 MR WILLIAMS WAS TOLD YOU WAS GRAND JURY INDICTMENT
29 DAY WITH OUT A PROBABLE CAUSE HEARING ....

MR WILLIAMS STATED HE DEMAND SPEEDY TRIAL

THE MISDEMEANORS COMPLAINTS / INFORMATION THAT KEVIN THOMAS 5288
FILED WAS TRANSFER- CRIMINAL DIVESION (MUNICIPAL DISTRICTS)
AND SUPERCEDED BY INDICTMENT' 4-20-2018

AND THIS INDICTMENT / TRUE BILL WAS [FILED]ON MAY 2-
2018 AT 12:00 PM BY A CLERK' OF THE COURT' NO NAME'

INDICTMENT FOR FIRST DEGREE MURDER
                    26 OF

SEEING THERE WERE NO REASONABLE CIRCUMSTANCES, THERE SHOULD
NOT HAVE BEEN A CAUSE FOR ANY FILING DELAY OUTSIDE
THE ALLOTED [30 DAY] PARAMETER

FACTS: SEE COPY OF INDICTMENT / A TRUE BILL

ON 3-25-2018 ASSISTANT 'STATE'S ATTORNEY WARD KIM ' OR KIM
WARD APPROVED FELONY REVIEW ON MR WILLIAMS

AND HAVE NOT TAKING A OATH OF OFFICE TO BE A STATE'S ATTORNEY
OR ASSISTANT' STATE'S ATTORNEY ' OR A PROSECUTOR '

FACTS: SEE STATE OF ILLINOIS CONSTITUTION

EACH PROSPECTIVE HOLDER OF A STATE OFFICE OR OTHER STATE POSITION
CREATED BY THIS CONSTITUTION, BEFORE TAKING OFFICE, SHALL TAKE AND
SUBSCRIBE TO THE FOLLOWING OATH OR AFFIRMATION TO THE
CONSTITUTION OF ILLINOIS

SECRETARY OF STATE - DUTIES
THE SECRETARY OF STATE' SHALL MAINTAIN THE OFFICIAL RECORDS OF THE ACTS
OF THE GENERAL ASSEMBLY AND SUCH OFFICIAL RECORDS OF THE EXECUTIVE BRANCH
AS PROVIDED BY LAW SUCH OFFICIAL RECORDS SHALL BE AVAILABLE FOR
INSPECTION BY THE PUBLIC HE SHALL KEEP THE GREAT SEAL OF THE
STATE OF ILLINOIS AND PERFORM OTHER DUTIES THAT MY BE PRESCRIBED
BY LAW.

FACTS: SEE STATE OF ILLINOIS CONSTITUTION

27 OF

FACTS: SEE EXIBIT' NO OATH' RECORDS WITH THE SECRETARY OF STATE' FOR WARD KIM

OFFICERS OF THE COURT HAVE NO IMMUNITY WHEN VIOLATING A CONSTITUTIONAL RIGHT FROM LIABILITY FOR THEY ARE DEEMED TO NO THE LAW

NO STATE LEGISLATOR OR EXECUTIVE OF JUDICIAL OFFICER CAN (WAR) AGAINST THE CONSTITUTION WITHOUT VIOLATING HIS UNDERTAKING TO SUPPORT IT

ANYONE WHO DENIES OR ABROGATES THE LAW OF THE LAND IS THE (LAW BREAKER) TAKING THE OATH TO THE CONSTITUTION IS WHAT GET THE ASSISTANT STATE'S ATTORNEY' OR STATE'S ATTORNEY' OR PROSECUTOR'        THE SEAT IN THE FIRST PLACE' FAILURE TO UPHOLD THE LAW AND THE OATH TO IT, AND ANY VIOLATION MADE AGAINST THE LAW OF THE LAND, IS WARRING AGAINST THE PEOPLE

THEIR OATH IS A PUBLIC OBLIGATION

FACTS: AND (SEE ARTICLE VI) OF THE US CONSTITUTION

THE COURT IS TO PROTECT AGAINST ANY ENCROACHMENT OF CONSTITUTIONAL RIGHT' FROM LIABILITY.
FOR THEY ARE DEEMED TO KNOW THE LAW."

Case: 1:20-cv-06042 Document #: 1 Filed: 10/09/20 Page 29 of 78 PageID #:29

E X L D J

SECTION 2.   STATEMENT OF ECONOMIC INTERESTS
    All candidates for or holders of state offices and all
members of a Commission or Board created by this Constitution
shall file a verified statement of their economic interests,
as provided by law. The General Assembly by law may impose a
similar requirement upon candidates for, or holders of,
offices in units of local government and school districts.
Statements shall be filed annually with the Secretary of
State and shall be available for inspection by the public.
The General Assembly by law shall prescribe a reasonable time
for filing the statement. Failure to file a statement within
the time prescribed shall result in ineligibility for, or
forfeiture of, office. This Section shall not be construed as
limiting the authority of any branch of government to
establish and enforce ethical standards for that branch.
(Source: Illinois Constitution.)


SECTION 3.   OATH OR AFFIRMATION OF OFFICE
    Each prospective holder of a State office or other State
position created by this Constitution, before taking office,
shall take and subscribe to the following oath or
affirmation:
    "I do solemnly swear (affirm) that I will support the
Constitution of the United States, and the Constitution of
the State of Illinois, and that I will faithfully discharge
the duties of the office of .... to the best of my ability."
(Source: Illinois Constitution.)


SECTION 4. SOVEREIGN IMMUNITY ABOLISHED
    Except as the General Assembly may provide by law,
sovereign immunity in this State is abolished.
(Source: Illinois Constitution.)


SECTION 5. PENSION AND RETIREMENT RIGHTS
    Membership in any pension or retirement system of the
State, any unit of local government or school district, or
any agency or instrumentality thereof, shall be an
enforceable contractual relationship, the benefits of which
shall not be diminished or impaired.
(Source: Illinois Constitution.)


SECTION 6.   CORPORATIONS
    Corporate charters shall be granted, amended, dissolved,
or extended only pursuant to general laws.
(Source: Illinois Constitution.)


SECTION 7.   PUBLIC TRANSPORTATION
    Public transportation is an essential public purpose for
which public funds may be expended. The General Assembly by
law may provide for, aid, and assist public transportation,
including the granting of public funds or credit to any
corporation or public authority authorized to provide public
transportation within the State.
(Source: Illinois Constitution.)

29

Each person may enforce this right against any party, governmental or private, through appropriate legal proceedings subject to reasonable limitation and regulation as the General Assembly may provide by law.
(Source: Illinois Constitution.)


ARTICLE XII
MILITIA


SECTION 1.  MEMBERSHIP
     The State militia consists of all able-bodied persons residing in the State except those exempted by law.
(Source: Illinois Constitution.)


SECTION 2.  SUBORDINATION OF MILITARY POWER
     The military shall be in strict subordination to the civil power.
(Source: Illinois Constitution.)


SECTION 3.  ORGANIZATION, EQUIPMENT AND DISCIPLINE
     The General Assembly shall provide by law for the organization, equipment and discipline of the militia in conformity with the laws governing the armed forces of the United States.
(Source: Illinois Constitution.)


SECTION 4.  COMMANDER-IN-CHIEF AND OFFICERS
     (a)  The Governor is commander-in-chief of the organized militia, except when they are in the service of the United States. He may call them out to enforce the laws, suppress insurrection or repel invasion.
     (b)  The Governor shall commission militia officers who shall hold their commissions for such time as may be provided by law.
(Source: Illinois Constitution.)


SECTION 5. PRIVILEGE FROM ARREST
     Except in cases of treason, felony or breach of peace, persons going to, returning from or on militia duty are privileged from arrest.
(Source: Illinois Constitution.)


ARTICLE XIII
GENERAL PROVISIONS


SECTION 1. DISQUALIFICATION FOR PUBLIC OFFICE
     A person convicted of a felony, bribery, perjury or other infamous crime shall be ineligible to hold an office created by this Constitution. Eligibility may be restored as provided by law.
(Source: Illinois Constitution.)

the General Assembly and at the close of his term of office,
shall report to the General Assembly on the condition of the
State and recommend such measures as he deems desirable.
(Source: Illinois Constitution.)


SECTION 14. LIEUTENANT GOVERNOR - DUTIES
    The Lieutenant Governor shall perform the duties and
exercise the powers in the Executive Branch that may be
delegated to him by the Governor and that may be prescribed
by law.
(Source: Illinois Constitution.)


SECTION 15. ATTORNEY GENERAL - DUTIES
    The Attorney General shall be the legal officer of the
State, and shall have the duties and powers that may be
prescribed by law.
(Source: Illinois Constitution.)


SECTION 16. SECRETARY OF STATE - DUTIES
    The Secretary of State shall maintain the official
records of the acts of the General Assembly and such official
records of the Executive Branch as provided by law. Such
official records shall be available for inspection by the
public. He shall keep the Great Seal of the State of Illinois
and perform other duties that may be prescribed by law.
(Source: Illinois Constitution.)


SECTION 17. COMPTROLLER - DUTIES
    The Comptroller, in accordance with law, shall maintain
the State's central fiscal accounts, and order payments into
and out of the funds held by the Treasurer.
(Source: Illinois Constitution.)


SECTION 18. TREASURER - DUTIES
    The Treasurer, in accordance with law, shall be
responsible for the safekeeping and investment of monies and
securities deposited with him, and for their disbursement
upon order of the Comptroller.
(Source: Illinois Constitution.)


SECTION 19. RECORDS - REPORTS
    All officers of the Executive Branch shall keep accounts
and shall make such reports as may be required by law. They
shall provide the Governor with information relating to their
respective offices, either in writing under oath, or
otherwise, as the Governor may require.
(Source: Illinois Constitution.)


SECTION 20. BOND
    Civil officers of the Executive Branch may be required by
law to give reasonable bond or other security for the
faithful performance of their duties. If any officer is in
default of such a requirement, his office shall be deemed

vacant.
(Source: Illinois Constitution.)


SECTION 21. COMPENSATION
    Officers of the Executive Branch shall be paid salaries
established by law and shall receive no other compensation
for their services. Changes in the salaries of these officers
elected or appointed for stated terms shall not take effect
during the stated terms.
(Source: Illinois Constitution.)


ARTICLE VI
THE JUDICIARY


SECTION 1. COURTS
    The judicial power is vested in a Supreme Court, an
Appellate Court and Circuit Courts.
(Source: Illinois Constitution.)


SECTION 2. JUDICIAL DISTRICTS
    The State is divided into five Judicial Districts for the
selection of Supreme and Appellate Court Judges. The First
Judicial District consists of Cook County. The remainder of
the State shall be divided by law into four Judicial
Districts of substantially equal population, each of which
shall be compact and composed of contiguous counties.
(Source: Illinois Constitution.)


SECTION 3. SUPREME COURT - ORGANIZATION
    The Supreme Court shall consist of seven Judges. Three
shall be selected from the First Judicial District and one
from each of the other Judicial Districts. Four Judges
constitute a quorum and the concurrence of four is necessary
for a decision. Supreme Court Judges shall select a Chief
Justice from their number to serve for a term of three years.
(Source: Illinois Constitution.)


SECTION 4. SUPREME COURT - JURISDICTION
    (a)  The Supreme Court may exercise original jurisdiction
in cases relating to revenue, mandamus, prohibition or habeas
corpus and as may be necessary to the complete determination
of any case on review.
    (b)  Appeals from judgments of Circuit Courts imposing a
sentence of death shall be directly to the Supreme Court as a
matter of right. The Supreme Court shall provide by rule for
direct appeal in other cases.
    (c)  Appeals from the Appellate Court to the Supreme
Court are a matter of right if a question under the
Constitution of the United States or of this State arises for
the first time in and as a result of the action of the
Appellate Court, or if a division of the Appellate Court
certifies that a case decided by it involves a question of
such importance that the case should be decided by the
Supreme Court. The Supreme Court may provide by rule for



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

April 8, 2019

$E X I B I T$

Benjamin Williams
20180326177
P.O. Box 089002
DIV9-3D-3387-1
Chicago, IL 60608

Re:   **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A copy of the Oath of Office and Notice of Acceptance of Constitutions that ASSISTANT STATE'S ATTORNEY KIM WARD, OR WARD, KIM.

As stated in the previous FOIA Request dated December 5, 2018; December 21, 2018; January 4, 2019, January 17, 2019 AND March 27, 2019, the Secretary of State Index Department does not file any records for Assistant State's Attorney. Therefore, our office does not have any records for the requested information for Assistant State's Attorney Kim Ward.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:   DL
       DW

# OFFICE OF THE SECRETARY OF STATE

## JESSE WHITE • Secretary of State

August 26, 2020          EXIBIT

Benjamin Williams
20180326177
P.O. Box 089002
Div10-2C-2311-1
Chicago, IL 60608

Re:   **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the
Freedom of Information Act. Specifically, you requested:

> A copy of the Oath of Office and the Notice of Acceptance of [Constitutions] that
> the Honorable Prosecutor's
>
> 1. Ward Kim
> 2. Tanora Simonton
> 3. Kathleen M. Conniff
> 4. Ashley Moore
> 5. Anita Alvarez
> 6. Rachel Mabbott
> 7. Carel J. Armbrust

The Illinois Secretary of State, Index Department does not maintain the requested
information.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:   DL
      DW



ON 3-26-2018 TANDRA SIMONTON' A SPOKES WOMANS FOR COOK COUNTY STATE'S
ATTORNEY'S OFFICE TOLD LIAM FORD WHO WORK FOR CHICAGO TRIBUNE
WHO PREJUDICIAL' MANIPULATE' THE PUBLIE SPREADING ALL TYPES
OF GOSSIP AND NOW SENSE ABOUT MR WILLIAMS TO THE WORLD

THAT MR WILLIAMS IS A CONVICTED BANK ROBBER ON PROBATION IN A
FEDERAL CASE' [FATAL] SHOT HIS EX GIRLFIEND GRANDMOTHER'
AND TRIED TO STAB TO DEATH THE EX GIRLFIEND'

THIS IS NOT SAFEGUARD MR WILLIAMS RIGHT' TO A FAIR
TRIAL

33

ON 4-20-2018 ASSISTANT STATE'S ATTORNEY KATHLEEN M. CONNIFF DID TWO GRAND JURY PROCEEDINGS' THAT WAS NOT PRESENTMENT' BY A GRAND JURY UPON ITS OWN INITIATIVE' WITHOUT CONSENT OR PARTICIPATION OF A PROSECUTOR

KATHLEEN M. CONNIFF IS NOT A STATE'S ATTORNEY' ASSISTANT STATE'S ATTORNEY OR A PROSECUTOR'

IF 12 GRAND JURORS CONCUR THAT THE EVIDENCE BEFORE THE CONSTITUTES PROBABLE CAUSE THAT A PERSON HAS COMMITTED AND OFFENSE THE STATE'S ATTORNEY) SHALL PREPARE A BILL OF INDICTMENT CHARGING THAT PERSON WITH SUCH OFFENSE. THE FOREMAN SHALL SIGN [EACH] BILL OF INDICTMENT WHICH SHALL BE RETURNED IN OPEN COURT

FACTS:

MR BENJAMIN WILLIAMS WAS GIVEING ONE TRUE BILL INDICTMENT FOR FIRST DEGREE MURDER. NOT ATTEMPTED FIRST DEGREE MURDER' NOT HOME INVASION, NOT AGGRAVATED DISCHARGE OF A FIREARM' NOT AGGRAVATED BATTERY' NOT AGGRAVATED UNLAWFUL RESTRAINT' NOT ARMED ROBBERY' NOT RESIDENTIAL BURGLARY' AND AGGRAVATED DOMESTIC BATTERY'

BUT MR WILLIAMS HAVE ALL OF THE CHARGE YOU SEE BUT NOT A TRUE BILL FOR THEM,

KATHLEEN M. CONNIFF GIVE MR WILLIAMS 113 COUNT ALL WELL BE DISMISS FOR MULTIPLICITOUS THIS VIOLATES THE DOUBLE JEOPARDY CLAUSE OF THE 5 FIFTH AMENDMENT

34

FACTS

KATHLEEN M. CONNIFF 'IS NOT A STATE'S ATTORNEY' OR ASSISTANT STATE'S ATTORNEY' OR A PROSECUTOR' AND [SHE] SUBMIT INFORMATION TO THE GRAND JURY AND PROCEED A TRUE BILL AND GRAND JURY INDICTMENT AND STATED SHE WAS A ASSISTANT STATE'S ATTORNEY AND SHE IS NOT'

FACTS

EACH PROSPECTIVE HOLDER OF A STATE OFFICE OR OTHER STATE POSITION CREATED BY THIS CONSTITUTION, BEFORE TAKING OFFICE, SHALL TAKE AND SUBSCRIBE TO THE FOLLOWING OATH OR AFFIRMATION TO THE CONSTITUTION OF ILLINOIS

SECRETARY OF STATE - DUTIES'
THE SECRETARY OF STATE' SHALL MAINTAIN THE OFFICIAL RECORDS OF THE ACTS OF THE GENERAL ASSEMBLY AND SUCH OFFICIAL RECORDS OF THE EXECUTIVE BRANCH AS PROVIDED BY LAW. SUCH OFFICIAL RECORDS SHALL BE AVAILABLE FOR INSPECTION BY THE PUBLIC. HE SHALL KEEP THE GREAT SEAL OF THE STATE OF ILLINOIS AND PERFORM OTHER DUTIES THAT MY BE PRESCRIBED BY LAW.

FACTS: SEE STATE OF ILLINOIS CONSTITUTION

FACTS: SEE EXIBIT 'NO OATH RECORDS WITH THE SECRETARY OF STATE' FOR KATHLEEN M. CONNIFF'

35

OFFICERS OF THE COURT HAVE NO IMMUNITY WHEN VIOLATING A CONSTITUTIONAL
RIGHT FROM LIABILITY FOR THEY ARE DEEMED TO NO THE LAW

NO STATE LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN (WAR)
AGAINST THE CONSTITUTION WITHOUT VIOLATING HIS UNDERTAKING TO
SUPPORT IT

ANYONE WHO DENIES OF ABROGATES THE LAW OF THE LAND IS THE (LAW
BREAKER) TAKING THE OATH TO THE CONSTITUTION IS WHAT GET THE STATE'S
ATTORNEY' ASSISTANT STATE'S ATTORNEY OR PROSECUTOR' THE SEAT IN
THE FIRST PLACE' FAILURE TO UPHOLD THE LAW AND THE OATH TO IT,
AND ANY VIOLATION MADE AGAINST THE LAW OF THE LAND, IS WARRING
AGAINST THE PEOPLE'

THEIR OATH IS A PUBLIC OBLIGATION.

FACTS:

THE COURT IS TO PROTECT AGAINST ANY ENCROACHMENT OF CONSTITUTIONAL
RIGHT' FROM LIABILITY.

36

G.J. NO. 431
GENERAL NO. 18CR-60160

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
APRIL 2018

The People of the State of
Illinois
v.

Benjamin Williams

**INDICTMENT FOR**

FIRST DEGREE MURDER

A TRUE BILL

Foreman of the Grand Jury

WITNESS
Detective C Duarte, Star #20901

Filed _____, 20___
_____, Clerk

Bail $ _____

EXIBIT

COPY

```
1                    (Witness sworn.)

2          MS. CONNIFF:  Good morning.  I am Assistant

3    State's Attorney Kathleen Conniff of the Homicide/Sex

4    Unit.  I am appearing before the Grand Jury on Grand

5    Jury number April 431, which is a John Doe homicide

6    investigation related to the homicide of Peggy

7    Goodman, which occurred on or about March 23rd, 2018.

8    We're not seeking a true bill of indictment at this

9    time.  The report number is JB 196683.

10          The Grand Jury has the right to subpoena and

11   question any person against whom the State's Attorney

12   is seeking a true bill of indictment, or any other

13   person, and to obtain and examine any documents or

14   transcripts relevant to the matter being prosecuted by

15   the State's Attorney.

16          At this time, I seek leave to call Samaria

17   Goodman.

18                    SAMARIA GOODMAN,

19   called as a witness herein, having been first duly

20   sworn, was examined and testified as follows:

21                       EXAMINATION

22                    BY MS. CONNIFF:

23      Q   Samaria, will you please state your name for

24   the Grand Jury?
```

2

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

December 5, 2018

*EXIBIT*

Benjamin Williams
20180326177
P.O. Box 089002
Div9-3G-3092-1
Chicago, IL 60608

Re:   **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A copy of the Oath of Office and the Notice of Acceptance of Constitutions that the State's Attorney Kathleen Conniff.

The Secretary of State Index Department does not have any records for a State's Attorney by the name of Kathleen Conniff.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:    DL
        DW


34



# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

*EXIBIT*

March 27, 2019

Benjamin Williams
20180326177
P.O. Box 089002
DIV9-3D-3387-1
Chicago, IL 60608

Re: **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A copy of the Oath of Office and Notice of Acceptance of Constitutions that <u>ASSISTANT</u> State's Attorney KATHLEEN M. CONNIFF ASSISTANT STE.

As stated in the previous FOIA Request dated December 5, 2018; December 21, 2018; January 4, 2019 and January 17, 2019, the Secretary of State Index Department does not file any records for Assistant State's Attorney. Therefore, our office does not have any records for the requested information for Assistant State's Attorney Kathleen M. Conniff.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc: DL
DW

40

# OFFICE OF THE SECRETARY OF STATE

## JESSE WHITE • Secretary of State

August 26, 2020

EXIBIT 1

Benjamin Williams
20180326177
P.O. Box 089002
Div10-2C-2311-1
Chicago, IL 60608

Re:  **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

A copy of the Oath of Office and the Notice of Acceptance of [Constitutions] that the Honorable Prosecutor's

1. Ward Kim
2. Tanora Simonton
3. Kathleen M. Conniff
4. Ashley Moore
5. Anita Alvarez
6. Rachel Mabbott
7. Carel J. Armbrust

The Illinois Secretary of State, Index Department does not maintain the requested information.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:  DL
     DW

41

ON 3-26-2018 ASSISTANT STATE'S ATTORNEY CAREN J, ARMBRUST WAS THE PROSECUTOR' NEW MR BENJAMEN WILLIAMS STATED TO JUDGE DAVID NAVARO' BRETT BALMER STATED TO MR WILLIAMS DEMAND SPEEDY TRIAL' SIXTH AMENDMENT

ON 4-13-2018 ASSISTANT STATE'S ATTORNEY CAREN J, ARMBRUST WAS THE ASSISTANT STATE'S ATTORNEY' SHE NEW MR WILLIAMS STATED TO HER THE JUDGE' BRETT BALMER HE DEMAND SPEEDY TRIAL' SIXTH AMENDMENT

ON 4-20-2018 ASSISTANT STATE'S ATTORNEY CAREN J, ARMBRUST WAS THE ASSISTANT STATE'S ATTORNEY' SHE NEW MR WILLIAMS STATED TO THE JUDGE BRETT BALMER AND HER' HE DEMAND SPEEDY TRIAL' SIXTH AMENDMENT'

5-4-2018 ASSISTANT STATE'S ATTORNEY CARENEY J, ARMBRUST' WAS THE ASSISTANT STATE'S ATTORNEY' SHE NEN MR WILLIAMS STATED TO JUDGE' BRETT BALMER AND HER HE DEMAND SPEEDY TRIAL' SIXTH AMENDMENT'

ON 7-23-2018 MR WILLIAMS STATED HE WILL BE HIS OWN LAWYER' TO JUDGE NICHOLAS R, FORD AND BRETT MORGAN BALMER AND OPEN COURT' [OBJECT]' TO BRETT BALMER' AND STATED YOU CAN NOT TALK FOR ME I'M SELF-REPRESENTATIVE' PROPRIA PEROPER NON-CORPORATE ENTITY STADING AT LAW IN SPECIAL APPEARANCE' FEDERL AND STATE CONSTITUTIONAL RIGHT,

MR WILLIAMS WAS TOLD YOU HAVE TO DO A FIT PSYCHIATRIST BY THE FORENSIC CLINICAL SERVICES'

MR WILLIAMS DID NOT CONTINUANCE' BY AGREEMENT

42

ON 8-27-2018 THE FIT COMPETENCY EXAMS COURT ORDERED WAS
NOT AND )

MR WILLIAMS STATED TO BRETT BALMER (WHAT IS YOU DOING YOU NO YOU
CAN NOT TALK FOR ME' MR WILLIAMS (OBJECT), AND JUDGE FORD
STATED LET HER TALK I NO (HER) SHE A GOOD LAWYER'

MR WILLIAMS DID NOT CONTINUANCE BY AGREEMENT,

ON 9-25-2018 AND THE BULLPEN AT COURT ASSISTANT PUBLIC DEFENDER
BRETT BALMER' STATED WHAT DID YOU DO WHY DID YOU FILED THIS
MOTION' I TOLD YOU I WILL PUT MOTION AND [AFTER] TRIAL.

MR WILLIAMS JUST LOOK AT MS, BALMER AND SEATED NOTING

MR WILLIAMS WAS CALL FOR COURT' ASSISTANT STATE'S ATTORNEY
CAREN J, ARMBRUST STATED' [ THE STATE'S IS RETNDICTMENT MR
WILLIAMS AND PUTING HIM ON HIS CO-OFFENDER INDICTMENT'

MR WILLIAMS DID NOT CONTINUANCE BY AGREEMENT

4)

ON 10-7-2018 NADER LSSA' AND MATTHEW HENDRICKSON WHO WORK FOR CHICAGO SUN TIMES MANIPULATE THE PUBLIE SPREADING ALL TYPES OF GOSSIP' PREJUDICE AND NON SENSE ABOUT MR WILLIAMS AND KYRON J THOMAS' SAYING WE SHOT 65 YEAR OLD PEGGY GOODMAN NOING WE DID NOT'

ALSO FOX 32 NEWS CHICAGO' AND WGN NEW CHICAGO MANIPULATE THE PUBLIE SPREADING ALL TYPES OF GOSSIP' PREJUDICE AND NON SENSE ABOUT MR WILLIAMS AND KYRON J THOMAS' SAYING WE SHOT 65 YEAR OLD PEGGY GOODMAN' NOING WE DID NOT'

44

ON 10-29-2018 MR WILLIAMS WAS CALL FOR COURT AND PUT AND A BULLPEN FOR COURT AND KYRON THOMAS WAS CALL FOR COURT'

MS BRETT MORGAN BALMER COME TO THE BULLPEN AND STATED WHAT ARE YOU GOING TO DO"

MR WILLIAMS STATED WHY ARE YOU TALKING TO ME YOU ARE NOT MY ATTORNEY MR BALMER STATED LOOK' MR WILLIAMS STATED TO KYRON THOMAS TO WITNESSES THIS' AND MS BALMER STATED YOU NO YOU ARE NOT TO TALK TO HIM' MR WILLIAMS STATED WHAT YOU HAVE TO TELL ME YOU CAN TELL MR THOMAS MR BALMER WALK ALWAY' AND BERNARD SHELTON WALK UP AND STATED BENJAMIN WILLIAMS' MR WILLIAMS STATED WHAT UP MR SHELTON STATED I WILL BE YOUR ATTORNEY MR WILLIAMS STATED YOU HAVE TO BE MR THOMAS ATTORNEY TWO' MR SHELTON STATED OK COOL'

MR WILLIAMS AND THOMAS WAS CALL OUT FOR COURT'

ASSISTANT STATE'S ATTORNEY CAREN JARMBRUST STATED THIS IS A (REINDICTMENT) FROM 2018 CR 601600l TO 2018 CR6034501' TO REINDICTMENT THE CO-OFFENDER

JUDGE NICHOLAS R. FORD STATED HOW DO YOU (PLEA ATTORNEY' MR BRETT BALMER' STATED FOR THE COURT RECORD NOT (GUILTY)

MR, BENJAMIN WILLIAMS STATED (OBJECTION) AND ASK MS BRETT BALMER DID YOU JUST PLEA' FOR ME'

MS BRETT BALMER STATED YES'

45

MR BENJAMIN WILLIAMS STATED SHE CAN NOT (PLEA) FOR ME'
I 'AM SELF-REPRESENTATIVE' PROPRIA PEROPER' NON-CORPORATE'
ENTITY, STADING AT LAW IN SPECIAL APPEARANCE'

JUDGE FORD STATED HOW DO YOU (PLEA) MR WILLIAMS

MR BENJAMIN WILLIAMS STATED I DO NOT HAVE A (PLEA)

JUDGE FORD' STATED YOU HAVE TO PLEA)

MR BENJAMIN WILLIAMS STATED NO (PLEA) I DEMAND SPEEY TRIAL
AND NO CONTINUANCE BY AGREEMENT'

46

ALSO MS CAREN J. ARMBRUST IS NOT A STATE'S ATTORNEY OR ASSISTANT STATES

ATTORNEY OR PROSECUTOR

FACTS: SEE EXIBIT

EACH PROSPECTIVE HOLDER OF A STATE OFFICE OR OTHER STATE
POSITION CREATED BY THIS CONSTITUTION, BEFORE TAKING OFFICE, SHALL
TAKE AND SUBSCRIBE TO THE FOLLOWING OATH OR AFFIRMATION TO
THE CONSTITUTION OF ILLIOIS

FACTS: SEE ILLINOIS CONSTITUTION

SECRETARY OF STATE - DUTIES
THE SECRETARY OF STATE SHALL MAINTAIN THE OFFICIAL RECORDS OF THE ACTS OF
THE GENERAL ASSEMBLY AND SUCH OFFICIAL RECORDS OF THE EXECUTIVE BRANCH AS
PROVIDED BY LAW SUCH OFFICIAL RECORDS SHALL BE AVAILABLE FOR INSPECTION BY
THE PUBLIC. HE SHALL KEEP THE GREAT SEAL OF THE STATE OF ILLINOIS AND
PERFORM OTHER DUTIES THAT MY BE PRESCRIBED BY LAW,

FACTS: SEE STATE OF ILLINOIS CONSTITUTION

FACTS: SEE EXIBIT 'NO OATH RECORDS WITH THE SECRETARY OF
STATE' FOR CAREN J. ARMBRUST

47

OFFICERS OF THE COURT HAVE NO IMMUNITY WHEN VIOLATING A CONSTITUTIONAL RIGHT FROM LIABILITY FOR THEY ARE DEEMED TO NO THE LAW

NO STATE LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN (WAR) AGAINST THE CONSTITUTION WITHOUT VIOLATING HIS UNDERTAKING TO SUPPORT IT

ANYONE WHO DENIES OR ABROGATES THE LAW OF THE LAND IS THE (LAW BREAKER) TAKING THE OATH TO THE CONSTITUTION IS WHAT GET THE STATE'S ATTORNEY' ASSISTANT STATE'S ATTORNEY' OR PROSECUTOR' THE SEAT IN THE FIRST PLACE' FAILURE TO UPHOLD THE LAW AND THE OATH TO IT, AND ANY VIOLATION MADE AGAINST THE LAW OF THE LAND, IS WARRING AGAINST THE PEOPLE

THEIR OATH IS A PUBLIC OBLIGATION

FACTS:

THE COURT IS TO PROTECT AGAINST ANY ENCROACHMENT OF CONSTITUTIONAL RIGHT FROM LIABILITY.

48



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

July 2, 2019                    $EXIBIT$

Benjamin Williams
20180326177
P.O. Box 089002
DIV9-1D-1392-1
Chicago, IL 60608

Re:   **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A COPY OF THE OATH OF OFFICE AND THE NOTICE OF ACCEPTANCE OF CONSTITUTIONS THAT THE "ASSISTANT" STATE'S ATTORNEY Caren J. Armbrust

As stated in the previous FOIA Request dated December 5, 2018; December 21, 2018; January 4, 2019, January 17, 2019, March 27, 2019 AND April 8, 2019, the Secretary of State Index Department does not file any records for Assistant State's Attorney. Therefore, our office does not have any records for the requested information for Assistant State's Attorney Caren J. Armbrust.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:   DL
      DW

4 ?

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

August 26, 2020                    EXIBIT

Benjamin Williams
20180326177
P.O. Box 089002
Div10-2C-2311-1
Chicago, IL 60608

Re:   **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

A copy of the Oath of Office and the Notice of Acceptance of [Constitutions] that the Honorable Prosecutor's

1. Ward Kim
2. Tanora Simonton
3. Kathleen M. Conniff
4. Ashley Moore
5. Anita Alvarez
6. Rachel Mabbott
7. Carel J. Armbrust

The Illinois Secretary of State, Index Department does not maintain the requested information.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:   DL
      DW

ALSO MR WILLIAMS WAS TOLD HE WAS MENTALLY FIT TO STAND TRIAL'
FORENSIC EXAM FINDING THAT MR WILLIAMS IS COMPETENT TO
PROCEED,

BY HONORABLE JUDGE NICHOLAS R. FORD, ON 10-29-2018

PURSUANT TO THE FIRST COMPETENCY EXAM' FROM MATHEW S.
MARKOS, MD

MR WILLIAMS STATED AT THE FIRST COMPETENCY EXAM FROM MATHEW S.
MARKOS, MD (I AM NOT SUFFERING FROM CONSTITUTION PSYCHOPATHIC
INFERIORITY).

MR WILLIAMS STATED TO MATHEW S. MARKOS, MD I WILL NOT [SIGNS]
FOR YOU TO GO INTO MY HISTORY' WITHOUT MY [CONSENT], THIS IS
A WARNING DENIAL OF RIGHTS UNDER COLOR OF LAW

UCC' 18 USC 242' 42 USC 1883' 18 U.S.C. 245'

MR WILLIAMS IS A PRETRIAL CITIZEN' AND HIS CONSTITUTION
RIGHT ARE BEING DENIES BY ALL DEFENDANTS AND ALL THE
LENGTH OF DELAY' AND THE DELAY OF MR WILLIAMS DISOVERY'
MATERIALS' NOT GIVEING TO HIM'

51

ON NOV 28 - 2018 MR WILLIAMS FILED TO DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS AND KEEPER OF RECORDS' NOTICE OF MR WILLIAMS CONSTITUTIONAL RIGHTS BEING VIOLATED' BY BRETT BALMES'

MR WILLIAMS FILED TO ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION' THE ATTORNEY GENERAL OF ILLINOIS' THE DEPARTMENT OF JUSTICE' AND THE NEWS'

MS DOROTHY BROWN DID NOT GIVE THE JUDGE A COPY' SHE DID SEAL FILED DOROTHY BROWN' THIS NOTICE IS NOT ON MY FILE/DOCKET SHEET' PRINTED 3:46:42 PM 1-10-2020

MR WILLIAMS HAVE MULTIPLE MOTION THAT WAS SEAL' BUT NOT FILED

52

ON 12-10-2018 MR WILLIAMS AND MR THOMAS WAS CALL TO COURT MR WILLIAMS WAS NOT GIVEING NO DISCOVERY' MR WILLIAMS DID NOT CONTINGE BY AGREEMNT,

ON 1-10-2019 MR WILLIAMS FILED A MOTION FOR HIS SECOND MOTION FOR BILL OF PARTICULARS'

RESPECTFULLY ASKING HONOBABLE JUDGE NICHOLAS B. FORD AND CAREL J. ARMBRUST 'FOR FILED DISOVERY' MATERIALS

1, MR WILLIAMS RESPECTFULLY ASK FOR A COPY OF THE COMPLAINT FILED BY KEVIN THOMAS' CASE NO _2018110730401_ MI SDEMEANORS

2, MR WILLIAMS RESPECTFULLY ASK FOR A COPY OF THE CHARGE 725 ILCS 5/102-8

3, MR WILLIAMS RESPECTFULLY ASK FOR A COPY OF THE INFORMATION' SHEET CC0221' SWORN TO BY THE STATE PURUANT TO 725 ILCS 5/111-3 (A) THE STATE DID NOT FILED THIS AT ALL CASE NO 2018II023041' 2018CR6016001' 2018CR6034501' ALL ARE THE CASE OF MS PEGGY GOODMAN' AND MS SAMARIA L GOODMAN' /

4 MR WILLIAM RESPECTFULLY ASK FOR A COPY OF AFFIDAVITS

5 MR WILLIAMS RESPECTFULLY ASK FOR A COPY OF AFFIDAVITS

6, MR WELLAMS RESPECTFULLY ASK FOR A COPY OF TRUE BILL

53

ALL MR WELLIAMS WAS GIVEING WAS SONE CASE INCIDENT REPORT'
ARREST REPORT, SUPPLEMENTAL REPORT'

ON 1-16-2019 MR WILLIAMS AND MR THOMAS WAS CALL TO THE BULLPEN' MR'
WILLIAMS STATED TO MR THOMAS THAT THE STATE VIOLATED MR THOMAS AND
INDICTMENT HIM [TWO] TIME' AND VIOLATED THE CHARGING INSTRUMENT
AND TO LOOK AT 725 ILCS 5/111-3 FORM OF CHARGE (A(1(2(3(4(5
YOU WILL SEE THAT YOU WAS VIOLATED'

MR WILLIAMS WAS CALL FOR COURT AND DID NOT CONTINUANCE BY AGREEMENT

ON 2-25-2019 MR WILLIAMS WAS CALL FOR COURT' AND DID NOT
CONTINUANCE BY AGREEMENT'

ON 3-5-2019 MR WILLIAMS WAS CALL FOR COURT AND DID NOT CONTINUANCE
BY AGREEMENT'

3-19-2019 MR WILLIAMS WAS CALL FOR COURT AND DID NOT CONTINUANCE
BY AGREEMENT

ON 4-9-2019 MR WILLIAMS WAS CALL FOR COURT AND DID NOT CONTINUANCE
BY AGREEMENT'

5-16-2019 MR WILLIAMS WAS CALL FOR COURT AND DID NOT CONTINUANCE
BY AGREEMENT'

ON 6-7-2019 MR WILL WAS CALL FOR COURT MR WILLIAMS FILED
MOTION TO INCUR COST FOR PRIVATE INVESTIGATOR AND THE COURT
ROOM' AND ASK TO PUT A CD AND EVIDENCE OF SAMARIAL

54

GOODMAN AND PICTURE' MR WELLIAMS WAS TOLD NO YOU CAN NOT PUT ANYTHING AND EVIDENCE' MR WELLIAMS DID NOT CONTINUED DID NOT CONTINUED BY AGREEMENT'

ON 6-18-2019 MR WELLIAMS WAS CALL FOR COURT THE ASSISTANT STATE'S ATTORNEY CAREN J. ARMBRUST STATED I WELL LIKE TO FILED MOTION FOR DEFENDANT TO SUBMIT TO A BUCCAL SWAB' TO SEE IS MR WELLIAMS DNA IS ON THE CABINET OF THE SINK'

MR WELLIAMS STATED LET THE RECORD OF THIS COURT SHOW I'm SELF - REPRESENTATIVE IN PROPRIA PEROPER NON-CORPORATE NON-PARTIES ' [NATURAL PERSON] ENTITY, STANDING AT LAW IN SPECIAL APPEARANCE I HAVE DEMAND SPEEDY TRIAL MULTIPLE TIME AND I WELLIAMS LIKE TO FILED MOTION TO PURSUAN TO RULE 16 (A) )C )D)E) DOCUMENTS ' THE CHARGING INSTRUMENT

ALSO MR WELLIAMS' WELLIAMS WELL NOT SUBMIT TO A BUCCAL' WITH OUT A PRIVATE INVESTIGATOR GOING WITH MY DNA THE STATE IS TELLING SAMARIA L GOODMAN TO SAY I STAB HER ONE TIME NOING I DID NOT SO NO'

MR WELLIAMS DID NOT CONTINUED BY AGREEMENT'

ON JULY- 1-2019 MR WELLIAMS WAS CALL FOR COURT MR WELLIAMS DID NOT CONTINUED BY AGREEMENT'

55

ON 7-9-2019 MR WILLIAMS WAS CALL FOR COURT 'MR WILLIAMS
WAS GIVING THE NEW REPORT OF THE GRAND JURY PROCEEDINGS
FROM 10-29-2018 AND 114 COUNT [ONE NEW COUNT]
MR WILLIAMS DID NOT CONTENUED BY AGREEMENT

NEW BILL OF INDICTMENT'   .

PRESENT: BY HONORABLE ANITA ALVAREZ' WHO IS NOT
THE STATE' ATTORNEY IN 2018 AND RACHEL MABBOTT
STATED SHE IS A ASSISTANT STATE'S ATTORNEY'

AND SHE IS NOT  SEE EXIBIT NO OATH RECORDS WITH THE
SECRETARY OF STATE' FOR RACHEL MABBOTT

EACH PROSPECTIVE HOLDER OF A STATE OFFICE OR OTHER STATE POSITION
CREATED BY THIS CONSTITUTION, BEFORE TAKING OFFICE, SHALL TAKE AND
SUBSCRIBE TO THE FOLLOWING OATH OR AFFIRMATION TO THE CONSTITUTION
OF ILLIOIS

FACTS  SEE ILLINOIS CONSTITUTION

SECRETARY OF STATE - DUTIES
THE SECRETARY OF STATE' SHALL MAINTAIN THE OFFICIAL RECORDS OF THE ACTS
OF THE GENERAL ASSEMBLY AND SUCH OFFICIAL RECORDS OF THE EXECUTIVE
BRANCH AS PROVIDED BY LAW SUCH OFFICIAL RECORDS SHALL BE AVAILABLE FOR
INSPECTION BY THE PUBLIC. HE SHALL KEEP THE GREAT SEAL OF THE STATE
OF ILLINOIS AND PERFORM OTHER DUTIES THAT MY BE PRESCRIBED BY LAW

56     FACTS: SEE STATE OF ILLINOIS CONSTITUTION

FACTS: SEE EXIBIT 'NO OATH RECORDS WITH THE SECRETARY OF STATE 'FOR RACHEL MABBOTT' AS A ASSISTANT STATE'S ATTORNEY'

OFFICERS OF THE COURT HAVE NO IMMUNITY WHEN VIOLATING A CONSTITUTIONAL RIGHT FROM LIABILITY FOR THEY ARE DEEMED TO NO THE LAW

NO STATE LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN (WAR) AGAINST THE CONSTITUTION WITHOUT VIOLATING HIS UNDERTAKING TO SUPPORT IT

ANYONE WHO DENIES OR ABROGATES THE LAW OF THE LAND IS THE (LAW BREAKER) TAKING THE OATH TO THE CONSTITUTION IS WHAT GET THE STATE'S ATTORNEY' ASSISTANT STATE'S ATTORNEY' OR PROSECUTOR' THE SEAT IN THE FIRST PLACE' FAILURE TO UPHOLD THE LAW AND THE OATH TO IT, AND ANY VIOLATION MADE AGAINST LAW OF THE LAND, IS WARRING AGAINST THE PEOPLE

THEIR OATH IS A PUBLIC OBLIGATION

FACTS:

THE COURT IS TO PROTECT AGAINST ANY ENCROACHMENT OF CONSTITUTIONAL RIGHT FROM LIABILITY

ALSO THE NEW TRUE BILL WAS FILED NOV-7-2018 PM 1:09 INDICTMENT FOR FIRST DEGREE MURDER SEEING THERE WERE NO REASONABLE CIRCUMSTANCES, THERE SHOULD NOT HAVE BEEN

57

A CAUSE FOR ANY FILING DELAY OUTSIDE THE ALLOTED [30] DAY PARAMETER

FACTS: SEE COPY OF INDICTMENT / A TRUE BILL

ALSO ANITA ALVAREZ HAVE A OATH OF OFFICE BUT IS NOT THE STATE'S ATTORNEY' AND WHY IS SHE ON MR WILLIAMS INDICTMENT'

57



# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

EXIBIT

August 6, 2019

Benjamin Williams
20180326177
P.O. Box 089002
DIV9-1D-1392-1
Chicago, IL 60608

Re:  **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A COPY OF THE OATH OF OFFICE AND THE NOTICE OF ACCEPTANCE OF CONSTITUTIONS THAT THE <u>ASSISTANT</u> STATE'S ATTORNEY MS. RACHEL MABBOTT

As stated in the previous FOIA Request dated December 5, 2018; December 21, 2018; January 4, 2019, January 17, 2019, March 27, 2019, April 8, 2019 **AND** July 2, 2019, the Secretary of State Index Department does not file any records for Assistant State's Attorney. Therefore, our office does not have any records for the requested information for Assistant State's Attorney Rachel Mabbott.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:  DL
     DW



G.J. NO. 561
GENERAL NO. 18CR-60345



CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
OCTOBER 2018

The People of the State of
Illinois
v.

Benjamin Williams

Kyron Thomas

**INDICTMENT FOR**

FIRST DEGREE MURDER

A TRUE BILL



Foreman of the Grand Jury

WITNESS
Sergeant C. Duarte, Star #1107



Filed _____ , 20 ___

_____ , Clerk

Bail $ _____

60

*EXIBIT*

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

July 29, 2019

Benjamin Williams
20180326177
P.O. Box 089002
DIV9-1D-1392-1
Chicago, Il. 60608

Re:    **FOIA Request**

Dear Benjamin Williams:

We are in receipt of your request for information pursuant to the Freedom of Information
Act. You specifically requested:

> Copy of the Oath of Office and the Notice of Acceptance of Constitutions that the
> State's Attorney Anita Alvarez

The information that our office is able to provide is enclosed. However, our office does not
maintain the Notice of Acceptance of Constitutions as stated in previous correspondence.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:    DL
       DW

enc

*61*

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

August 26, 2020

*EXIBIT*

Benjamin Williams
20180326177
P.O. Box 089002
Div10-2C-2311-1
Chicago, IL 60608

Re: **Request for information**

Dear Benjamin Williams:

The Index Department is in receipt of your letter requesting information pursuant to the Freedom of Information Act. Specifically, you requested:

> A copy of the Oath of Office and the Notice of Acceptance of [Constitutions] that the Honorable Prosecutor's

1. Ward Kim
2. Tanora Simonton
3. Kathleen M. Conniff
4. Ashley Moore
5. Anita Alvarez
6. Rachel Mabbott
7. Carel J. Armbrust

The Illinois Secretary of State, Index Department does not maintain the requested information.

Sincerely,

Illinois Secretary of State
Index Department
111 E. Monroe St.
Springfield, IL 62756
vb

Cc:  DL
     DW



EXIBIT



**OFFICE OF THE STATE'S ATTORNEY**
COOK COUNTY, ILLINOIS

**FILED**
INDEX DEPARTMENT

DEC 3 1 2012

IN THE OFFICE OF
SECRETARY OF STATE

## Oath of Office

I, ANITA ALVAREZ, having been elected to the office of State's Attorney of Cook County, do solemnly swear, that I will support the constitution of the United States and the constitution of the state of Illinois, and that I will faithfully discharge the duties of the office of State's Attorney of Cook County according to the best of my ability.

_Anita Alvarez_
**Anita Alvarez**

Subscribed and sworn to before me this
third day of December, 2012.

_Vincent M Gaughan_
**Honorable Vincent M. Gaughan**
**Circuit Court Judge**
**for the Circuit Court of Cook County**

43-0F

ON 7-19-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMEN

ON 7-25-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMENT

ON 7-29-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAM DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMENT

ON 7-31-2019 MR WILLIAMS WAS GIVEING MAIL THAT HE SEND TO DOROTHY BROWN 'A MOTION TO INCUR COST FOR PRIVATE INVESTIGATOR' BUT THIS MOTION IS NOT ON RECORDS PRINTED 1-10-2020

ON 8-12-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMENT

ON 8-22-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMENT

ON 8-26-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED BY AGREEMENT

ON 9-16-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS WAS TOLD [KARL REICH] WELL GO WITH HIS DNA) BUT KARL REICH' DID NOT MR WILLIAMS WAS LIE' TO BY JUDGE DIANA KENWORTHY'

64

MR WILLIAMS DID NOT CONTINUED BY AGREEMENT

ON 9-30-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DID NOT CONTINUED BY AGREEMENT'

ON 10-2-2019 MR WILLIAMS WAS CALL FOR COURT MR, WILLIAMS DID NOT CONTINUED BY AGREEMENT'

ON 10-31-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DID NOT CONTINUED BY AGREEMENT'

ON 11-14 2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DID NOT CONTINUED BY AGREEMENT

ON 11-18 OR 19-2019 MR WILLIAMS WAS TOLD HE WILL HAVE TO DO A SECOND COMPETENCY EXAM' MR WILLIAMS DID NOT CONTINUED BY AGREEMENT'

ON 12-9-2019 MR WILLIAMS WAS TOLD HE CAN NOT REPRESENT HIMSELF' BY HONORABLE DIANA L. KENWORTHY AND MATHEW S. MARKOS, MD


PURSUANT TO THE SECOND COMPETENCY EXAM' MR WILLIAMS TOLD MATHEW S. MARKOS THAT HE IS NOT SUFFERING FROM CONSTITUTION PSYCHOPATHIC INFERIORITY).

ALSO MR WILLIAMS STATED I WILL NOT [SIGNS] FOR YOU TO GO INTO MY HISTORY' WITHOUT MY [CONSENT, THIS

65

IS THE SECOND WARNING DENIAL OF MY RIGHT UNDER
COLOR OF LAW

UCC' 18 USC 242' 42 USC 1983' 18 USC 245'

MR WILLIAMS IS A PRETRIAL CITIZEN' AND HIS
CONSTITUTION RIGHT IS BEING WAIVER' BY ALL DEFENDANT

66

E x H 1 ß 1 T
/

**FORENSIC CLINICAL SERVICES**
State of Illinois
Circuit Court of Cook County
Criminal Courts Administration Bldg.
2650 S. California Avenue, Room 1001
Chicago, IL 60608

**Timothy C. Evans**
Chief Judge

**Mathew S. Markos, M.D.**
Director

Phone   773-674-6100
Fax      773-674-2371
TDD     773-674-7605



402 **F I L E D**      AM
TIME                        PM

**NOV 1 4 2019**

**Dorothy Brown**
Clerk of the Circuit Court
Criminal Division
Deputy Clerk

The Honorable Diana L. Kenworthy
Judge of the Circuit Court of Cook County
Criminal Courts Building, Room 203
2650 S. California Avenue
Chicago, IL  60608

RE:     People of the State of Illinois
vs.
**BENJAMIN WILLIAMS**
Case No: 18 CR 60345
Due Date: November 14, 2019

Dear Judge Kenworthy:

Pursuant to Your Honor's Order, the undersigned psychiatrist examined the above defendant on 11-8-19.

Based on the above examination and review of pertinent records, it is my opinion with a reasonable degree of medical/psychiatric certainty that Mr. Benjamin Williams is **PRESENTLY MENTALLY FIT TO STAND TRIAL WITH COUNSEL.** Currently, he does not manifest any active symptoms or signs of a mental illness. He is cognizant of the charges, understands the nature and purpose of the court proceedings, and shows the ability to assist counsel if he chooses to.

Additionally, it is my opinion with a reasonable degree of medical/psychiatric certainty that Mr. Benjamin Williams is currently **MENTALLY NOT FIT TO REPRESENT HIMSELF.** Mr. Williams has a history of learning disability with impairment in reading skills requiring placement in special education classes. He has an 8th grade education. Further, Mr. Williams has a history of mental illness requiring psychiatric treatment. He has a documented diagnosis of schizophrenia, paranoid type and mood disorder. Currently, he is prescribed psychotropic medications in Cook County Jail i.e. Abilify (antipsychotic) 5 mg daily, Effexor (antidepressant) 100 mg twice daily, Mirtazapine (sedative) 45 mg at bedtime, and Trazadone (sedating antidepressant) 100 mg at bedtime. There is no indication that he is experiencing any medication side effects.

Given these limitations, Mr. Benjamin Williams would not be able to defend himself in a court of law without appointment of counsel.

Please refer to my full psychiatric summary for the basis of my opinions.

Thank you for giving me the opportunity to examine this defendant.  If you have any questions or need any clarification please do not hesitate to contact me.

Respectfully submitted,

Mathew S. Markos, M.D.
Director

17

MSM/nb

ON 12-12-2019 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DID NOT CONTINUED BY AGREEMENT

ON 1-28-2020 MR WILLIAMS WAS CALL FOR COURT MR WILLIAMS DID NOT CONTINUED BY AGREEMENT

ON 2-25-2020 MR WILLIAMS DID NOT WAIVER HIS APPEARANCE AND DID NOT CONTINUED BY AGREEMENT

On 3-30-2020 MR WILLIAMS DID NOT WAIVER HIS APPEARANCE AND DID NOT CONTINUED BY AGREEMENT

On 5-4-2020 MR WILLIAMS DID NOT WAIVER HIS APPEARANCE AND DID NOT CONTINUED BY AGREEMENT

ON 6-16-2020 MR WILLIAMS DID NOT WAIVER HIS APPEARANCE AND DID NOT CONTINUED BY AGREEMENT

On 7-21-2020 MR WILLIAMS WAS CALL FOR COURT MS, BALMER WAS TALKING MR WILLIAMS OBJECT AND STATED YOU ARE NOT MY ATTORNEY AND DID NOT CONTINUED BY AGREEMENT

On 8-24-2020 MR WILLIAMS WAS CALL FOR COURT MS BALMER WAS TALKING MR WILLIAMS OBJECT AND STATED YOU ARE NOT MY ATTORNEY YOU CAN NOT TALK FOR ME MR, WILLIAMS STATED TO HONORABLE DIANA L. KENWORTHY WHY ARY YOU DENIEING ME SPEEDY TRIAL MS KENWORTHY STATED YOUR ATTORNEY IS DOEING A COMPETENCY EXAM AND THE STATE IS NOT READY

68

MR WILLIAMS DEMAND SPEEDY TRIAL AND DID NOT CONTINUED
BY AGREEMENT '

ALSO THE ASSOCIATED PRESS OF DAILY HERALD WHO
SUBURBAN CHICAGO 'INFORMATION SOURCE WAS TOLD BY A
PROSECUTORS WHO PREJUDICIAL 'MANIPULATE 'THE
PUBLIC SPREADING ALL TYPES OF GOSSIP AND
NOW SENSE ABOUT MR WILLIAMS TO THE WORLD

THAT WILLIAMS ALLEGEDLY FATALLY SHOT MS GOODMAN
[ AFTHER ] HER GRANDDAUGHTER FLED TO A SECOND-FLOOR
BEDROOM. THE GRANDDAUGHTER WAS LATER STABBED
BY THE SECOND [ MAN ] WHO HAS YET TO BE CHARGED.

THIS IS NOT SAFEGUARD MR WILLIAMS RIGHT TO A FAIR
TRIAL ' AND PREJUDICIAL NEWSPAPER FROM DAILY
HERALD AND THE PROSECUTORS '

69

ALSO KYRON J THOMAS IS SAYING MR WILLIAMS IS TELLING ON [HIM]' MR WILLIAMS STATED HE DID NOT TELL ON NO ONE'

FACTS SEE VIDO

DETECTIVE, CYNTHIA DUARTE OR JUANITA RICHARDSON I STATED KYRON J THOMAS STATED HE TOLD THEM WHAT HE DID AND MR WILLIAMS GOT MAD AND SHOT MS PEGGY GOODMAN'

MR WILLIAMS STATED HE DID NOT TELL DETECTIVE, CYNTHIA DUARTE OR JUANITA RICHARDSON ON NO ONE' NOT KYRON J THOMAS' NOT CORDERAL LOVE' OR GLEN AKA LIL WILL' MR WILLIAMS STATED HE IS NOT BEING A WITNESSES FOR NO ONE' MR WILLIAMS STATED HE DID NOTING AT THE END MR WILLIAMS STATED KYRON J THOMAS AND HIM DID NOTING'

70'

ALSO THE STATE IS VIOLATES THE DOUBLE JEOPARDY CLAUSE OF
THE FIFTH AMENDMENT FOR MULTIPLICITY CHARGES A SINGLE
"OFFENSE IN MORE THAN ONE COUNT'

AS THE SUPREME COURT HELD IN BLOCKDURGER V. UNITED STATES,
MULTIPLE COUNTS DO NOT CHARGE THE SAME OFFENSE WHERE EACH
COUNT' REQUIRES PROOF OF AN ADDITIONAL FACT WHICH THE OTHER
DOES NOT'

MR WILLIAMS HAVE 114 COUNT   72 FOR MURDER

COUNT NUMBER' 3, 4' 5, 6.' 7

COUNT NUMBER' 15' 16.' 17' 18 19'

COUNT NUMBER' 27' 28' 29' 30 ' 31

COUNT NUMBER' 39' 40' 41 ' 42' 43'

COUNT NUMBER' 63' 64' 65' 66' 67'

COUNT NUMBER' 51 '52' 53' 54' 55'

COUNT NUMBER' 8' 9' 10' 11'
COUNT NUMBER' 20' 21' 22' 23'
COUNT NUMBER' 32' 33' 34' 35'
COUNT NUMBER 44' 45'
COUNT NUMBER 46' 47'
COUNT NUMBER 68' 69' 70' 71'

21

COUNT NUMBER ' 56 ' '57 '56 ' '59
COUNT NUMBER ' 12 '48
COUNT NUMBER' 13 '48
COUNT NUMBER' 14 '50
COUNT NUMBER '2 '38
COUNT NUMBER'1 '37
COUNT NUMBER '25 '61


ARE ALL MULTIPLICITOUS AND VIOLATES THE DOUBLE
JEOPARDY CLAUSE OF THE FIFTH AMENDMENT '

72

ALSO DETECTIVE CYNTHIA DUARTE, T ' STATED KNOWN
PENJURED TESTIMANY ' FALSE ' DECLARATIONS BEFORE
THE GRAND JURY ' AND THE COURT ' - UNDER OATH '

STATED ' BENJAMIN WILLIAMS AND KYRON THOMAS '
KNOCKED ON THE DOOR OF 113 EAST 37TH PLACE '
AND KYRON THOMAS TOLD PEGGY GOODMAN THAT
HIS NAME WAS GLEN '

THAT PEGGY GOODMAN TOLD BENJAMIN WILLIAMS
AND KYRON THOMAS THAT THEY COULD NOT GO
UPSTAIRS

AND BENJAMIN WILLIAMS SHOT PEGGY GOODMAN IN THE
HEAD '

PEGGY GOODMAN TOLD DETECTIVE CYNTHIA DUARTE, T
THAT GLEN KNOCK ON HER DOOR '

MR WILLIAMS STATED HE DID NOT SEE WHO KNOCK
ON NO ONE DOOR '

FACTS AND PEGGY GOODMAN NO BENJAMIN WILLIAMS
AND KYRON THOMAS NAME ' SHE WILL NOT BE
SAYING GLEN AT THE DOOR ' AND THE DOOR
IS OPEN '
FACTS '

23

SEE DETECTIVE PHELAN AND HOLLEY 'BCW'
SAMARIA L GOODMAN STATED THE SUBJECT WHO
INITIALLY ENTERED, RUN PAST THE HALLWAY'
NOT KYRON J THOMAS OR BENJAMIN WILLIAMS

FACTS


ALSO MR WILLIAMS HAVE CD' OF SAMARIA L GOODMAN
FOR EVIDENCE

74

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COURT AND ATTORNEY FEES > 'RELEASE FROM STATE CUSTODY'
1.13 MILLION'

COMPENSATION FOR PUNITIVE DAMAGES FOR ACTUAL CONSEQUENTIAL
DAMAGES 3 ANYTHING ELSE HONORABLE COURT JUST BY

VI. The plaintiff demands that the case be tried by a jury. ■ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _10_ day of _4_, 20 _20_

_____

Benjamin Welliw WITHOUT PREJUDICE PER UCC 1-308
(Signature of plaintiff or plaintiffs)

BENJAMIN WELLY AL'S WITHOUT PREJUDICE PER UCC 1-308
(Print name)

2018 0326177
(I.D. Number)

PO BOX 089002 CHICAGO IL 60608
_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BENJAMEN WALKER RECEIVED
20180326177 2020 OCT -9 PM 12:19
COOK COUNT JAIL
DIV 9 2C
PO BOX 089002
CHICAGO IL 60608

EVERETT McKINLEY
DIRKSEN BULDING
219 S DEARBORN
CHICAGO IL 60604



10/09/2020-1

LEGAL MAIL

1:20-cv-6042
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
PC7